1  FRANCIS B. MAJORIE                                  Electronically Filed: April 30, 2012
   Texas Bar No. 12851420
2  **THE MAJORIE FIRM, LTD**.
   3514 Cedar Springs Road
3  Dallas, TX 75219
   Telephone: 214-522-7400
4  Fax: 214-522-7911
   Email: fbmajorie@themajoriefirm.com
5

6

7
                        UNITED STATES BANKRUPTCY COURT
8
                              DISTRICT OF NEVADA
9

10  IN RE:                                        Bankruptcy No.: 13-13491-LBR

11  BUNDY CANYON LAND DEVELOPMENT,                 Chapter: 11
    LLC,
12
             Debtor.
13                                                 REQUEST FOR SPECIAL NOTICE

14                        **REQUEST FOR SPECIAL NOTICE**

15  TO: ALL INTERESTED PARTIES

16       Francis B. Majorie, PC ("Majorie") hereby requests special notice of all hearings,

17  applications, motions, contested matters, and adversary proceedings filed in this case. Also

18  requested are copies of all notices, pleadings, papers, and other related materials that are issued or

19  filed in connection with the case by the Court, Debtor, or other parties-in-interest, including copies

20  of all plans of reorganization and disclosure statements. All responses to the foregoing and all

21  notices required to be mailed in this case should be directed to:

22                              Francis B. Majorie, PC
                                The Majorie Firm, Ltd.
23                              3514 Cedar Springs Road
                                   Dallas, TX 75219
24

25       Neither this paper nor any subsequent appearance, pleading, claim, proof of claim,

26  document, suit, motion, nor any other writing or conduct shall (i) expressly or impliedly designate

27

28

---

the undersigned as agent for service of process for any party in this bankruptcy, or (ii) constitute a waiver of any of the following rights:

(a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding relating hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which any party in this bankruptcy is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto any party in this bankruptcy without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated: April 30, 2013                                    **THE MAJORIE FIRM, LTD.**

By:   /s/ Francis B. Majorie
      Francis B. Majorie
      3514 Cedar Springs Road
      Dallas, Texas 75219
      Telephone: 214-522-7400
      Fax: 214-522-7911
      Email: fbmajorie@themajoriefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing electronically by using the CM/ECF system on April 30, 2013. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed the foregoing document by first-class mail, postage prepaid to the following:

Bundy Canyon Land Development, LLC
c/o Lisa Poulin
28475 Old Town Front Street #D
Temecula, CA 92590

Bundy Canyon Land Development, LLC
c/o Chris Pederson
28475 Old Town Front Street #D
Temecula, CA 92590

Bundy Canyon Land Development, LLC
c/o Kevin Everett
28475 Old Town Front Street #D
Temecula, CA 92590

Lisa Poulin
c/o Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, NV 89169

Talitha Grey Kozlowski
c/o Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, NV 89169

/s/ Francis B. Majorie
Francis B. Majorie

Request for Special Notice