1  Name of Attorney  Francis B. Majorie

2  Bar Number  12851420

3  City  Dallas

4  State  Texas

5  Phone #  214-522-7400

6  E-mail address  fbmajorie@themajoriefirm.com

7

8                    UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF NEVADA

9

10  In Re Bundy Canyon Land Development, LLC  )    Bankruptcy No. 13-13491-LBR

11                                            )    Chapter No. 11

12              Plaintiff                     )    **VERIFIED PETITION FOR**
                                              )    **PERMISSION TO PRACTICE**
13              vs.                           )    **IN THIS CASE ONLY BY**
                                              )    **ATTORNEY NOT ADMITTED**
14                                            )    **TO THE BAR OF THIS COURT**
                                              )
15              Defendant(s)                  )    EFFECTIVE NOVEMBER 1, 2011
16                                            )    FILING FEE IS **$200.00**

17

18        Francis B. Majorie                  , Petitioner, respectfully represents to the Court:

19

20        1.    That Petitioner resides in  Dallas            ,  Texas              .
                                              (City)                (State)
21

22        2.    That Petitioner is an attorney at law and a member of the law firm of _____

23  The Majorie Firm, Ltd                                          with offices at

24  3514 Cedar Springs Road                                                              ,
                          (street address)
    Dallas                              75219        (214) 522-7400              .
25        (city)                        (zip code)    (area code + telephone number)

26        3.    That Petitioner has been retained personally or as a member of the law firm by

27  Todd Hansen, Daniel Newman, Margaret Cangelosi
    _____ to provide legal representation in connection with
28                    [client(s)]
    the above-entitled case now pending before this Court.

1      4.    That since __2001_____, Petitioner has been and presently is a member

2 in good standing of the bar of the highest Court of the State of _Texas_____

(date)

(state)

3 where Petitioner regularly practices law.

4      5.    That Petitioner was admitted to practice before the following United States District

5 Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

6 of other States on the dates indicated for each, and that Petitioner is presently a member in good

7 standing of the bars of said Courts.                                    Date Admitted

8 Attached hereto as Exhibit A

9 _____    _____

10 _____    _____

11 _____    _____

12 _____    _____

13 _____    _____

14 _____    _____

15 _____    _____

16 _____    _____

17 _____    _____

18 _____    _____

19

20      6.    That there are or have been no disciplinary proceedings instituted against petitioner,

21 nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

22 administrative body, or any resignation or termination in order to avoid disciplinary or disbarment

23 proceedings, except as described in detail below:

24

25 _____

26 Subsequent to moving to Texas and not actively practicing in New York, Petitioner voluntarily allowed a

27 suspension for failure to pay dues.  Petitioner was reinstated in 2009

28 _____

2

7.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

_____

_____

_____

8.    That Petitioner is a member of good standing in the following Bar Associations:

Texas Bar Association

_____

_____

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 12, 2010 | 09-32824 | USDC Nevada - Bankruptcy | Granted |
| January 19, 2010 | 2:07-cv-00892 | USDC Nevada | Granted |
| October 17, 2011 | 3:11-cv-00210 | USDC Nevada | Granted |

```
Petitioner has also been GRANTED permission to appear pro hac vice without
declaration of local counsel.  See In Re Asset Resolution, Case No. 09-32824,
Doc. 1915 at Page 52, Line 17-18 ("Francis. B. Majorie shall be permitted to
appear before this Court without the need for maintaining local counsel.").
```
(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1         That Petitioner  respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3   DATED:_____          _____

                                                  Petitioner's Signature

4

5   STATE OF _Texas_____          )

                                            )

6   COUNTY OF _____          )

7        _Francis B. Majorie_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                            _____

10  (SEAL)                                             Petitioner's Signature

11  Subscribed and sworn to before me this

12  2ND  day of  MAY_____ , 2013 .

13  _____

14  Notary public

D. JAMES FAJACK
Notary Public, State of Texas
My Commission Expires
August 13, 2016

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             4

| Court | Year of Admission |
| --- | --- |
| Texas State Court | 2001 |
| Connecticut State Court | 1985 |
| New York State Court | 1985 |
| Fifth Circuit | 1987 |
| Ninth Circuit | 1994 |
| Tenth Circuit | 1992 |
| Texas - Eastern District | 1996 |
| Texas - Northern District | 1987 |
| New York - Southern District | 1985 |
| New York – Eastern District | 1985 |
| District of Connecticut | 1987 |
| Northern District Mississippi Bankruptcy | 2003 |
| Mississippi - Southern District | 2012 |
| District of Nevada | 2010 |
| District of Nevada - Bankruptcy | 2010 |
| Arkansas - Eastern District | 1995 |
| District of Wyoming | 2009 |
| Western District of Oklahoma | 2003 |
| District of Minnesota | 1995 |



EXHIBIT

A

PRO HAC VICE APPLICATION OF FRANK B. MAJORIE