United States Bankruptcy Court
District of Nevada

In re:  
BUNDY CANYON LAND DEVELOPMENT, LLC  
    Debtor

Case No. 13-13491-lbr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0978-2        User: garrettme              Page 1 of 2                  Date Rcvd: Jun 10, 2013
                                Form ID: pdf906             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2013.
```
adb         +BUNDY CANYON LAND DEVELOPMENT, LLC,    28475 OLD TOWN FRONT STREET #D,    TEMECULA, CA 92590-1824
intp        +CHRIS PEDERSON,    28475 OLD TOWN FRONT ST., #D,    TEMECULA, CA 92590-1824
ptcrd       +DANIEL NEWMAN,    125 ELYSIAN DRIVE,    SEDONA, AZ 86336-6836
intp        +FRANCIS B. MAJORIE,    3514 CEDAR SPRINGS RD,    DALLAS, TX 75219-4901
intp        +KEVIN EVERETT,    28475 OLD TOWN FRONT ST., #D,    TEMECULA, CA 92590-1824
intp        +LISA POULIN,    3960 HOWARD HUGHES PKWY,    NINTH FLOOR,    LAS VEGAS, NV 89169-5972
ptcrd       +MARGARET CANGELOSI,    5860 LAUSANNE DRIVE,    RENO, NV 89511-5034
intp        +TALITHA GRAY KOZLOWSKI,    3960 HOWARD HUGHES PARKWAY,    LAS VEGAS, NV 89169-5972
ptcrd       +TODD HANSEN,    2801 FAIRVIEW, STE W,    GREENWOOD, IN 46142-1339
intp        +WILLIAM A LEONARD,    C/O SULLIVAN, HILL, LEWIN, REZ & ENGEL,
              228 SOUTH FOURTH STREET, FIRST FLOOR,    LAS VEGAS, NV 89101-5705
8507320     +William A. Leonard, Jr.,    c/o SULLIVAN, HILL, LEWIN, REZ & ENGEL,
              228 South Fourth Street, First Floor,    Las Vegas, NV 89101-5705
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0978-2          User: garrettme             Page 2 of 2                  Date Rcvd: Jun 10, 2013
                              Form ID: pdf906             Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2013 at the address(es) listed below:
              FRANCIS B. MAJORIE    on behalf of Petitioning Creditor DANIEL  NEWMAN
               fbmajorie@themajoriefirm.com,    ECFNoticesTheMajorieFirm@gmail.com
              FRANCIS B. MAJORIE    on behalf of Interested Party FRANCIS B. MAJORIE
               fbmajorie@themajoriefirm.com,    ECFNoticesTheMajorieFirm@gmail.com
              FRANCIS B. MAJORIE    on behalf of Petitioning Creditor TODD  HANSEN fbmajorie@themajoriefirm.com,
               ECFNoticesTheMajorieFirm@gmail.com
              FRANCIS B. MAJORIE    on behalf of Petitioning Creditor MARGARET  CANGELOSI
               fbmajorie@themajoriefirm.com,    ECFNoticesTheMajorieFirm@gmail.com
              JONATHAN S. DABBIERI    on behalf of Interested Party WILLIAM A LEONARD dabbieri@sullivanhill.com,
               hill@sullivanhill.com;hawkins@sullivanhill.com;roberts@sullivanhill.com;stephens@sullivanhill.com
               ;millerick@sullivanhill.com;bkstaff@sullivanhill.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**June 10, 2013**

_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: **BUNDY CANYON LAND DEVELOPMENT, LLC** | ) ) ) ) ) ) ) | Case No. BK-S-13-13491-LBR<br>CHAPTER 11 Involuntary<br><br>DATE: July 10, 2013<br>TIME: 2:00 p.m. |
| Alleged Debtor(s) | | |

### ORDER TO SHOW CAUSE

A status hearing having been held on June 5, 2013 at 2:00 p.m. regarding this bankruptcy case and with no appearances made by the petitioning creditors; therefore, with good cause appearing;

**IT IS HEREBY ORDERED** that a show cause hearing will be held on July 10, 2013 at 2:00 p.m. before Judge Linda B. Riegle at the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom #1, Las Vegas, Nevada, to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Copies noticed through ECF  to:
  JONATHAN S. DABBIERI dabbieri@sullivanhill.com
  FRANCIS B. MAJORIE fbmajorie@themajoriefirm.com
  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Copies noticed through BNC mailing matrix to:
  ALL CREDITORS