| | |
|---|---|
| THE MAJORIE FIRM, LTD.<br>Francis B. Majorie, P.C.<br>Texas Bar No. 12851420<br>Pro Hac Vice Motion and Motion<br>to Waive LR-IA 10-2(D) Pending<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>Telephone: 214-522-7400<br>Fax: 214-522-7911<br>Email: fbmajorie@themajoriefirm.com | E-filed: July 2, 2013 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>BUNDY CANYON LAND<br>DEVELOPMENT, LLC,<br><br>Alleged Debtor. | ) Bankruptcy No.: 13-13491-LBR<br>) Chapter 11<br>)<br>) **NOTICE OF HEARING ON MOTION TO EXTEND**<br>) **TIME TO DESIGNATE LOCAL COUNSEL OR**<br>) **WAIVE LOCAL RULE IA 10-2(D)**<br>)<br>) Hearing Date: August 7, 2013<br>) Hearing Time: 2:00 p.m.<br>) |

**NOTICE IS HEREBY GIVEN** that a MOTION TO EXTEND TIME TO DESIGNATE LOCAL COUNSEL OR WAIVE LOCAL RULE IA 10-2(D) was filed on May 17, 2013 by Margaret Cangelosi, Todd Hansen, and Daniel Newman (jointly and severally, the "Petitioning Creditors"), by and through their counsel Francis B. Majorie. The Motion seeks a court order either extending the time to file a designation of local counsel or waiving Local Rule IA 10-2(d), which requires an out-of-state attorney to associate with a member of the State Bar of Nevada in order to appear before the United States Bankruptcy Court of the District of Nevada. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

- 1 -

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on August 7, 2013, at the hour of 2:00 p.m.

DATED: July 2, 2013

**THE MAJORIE FIRM, LTD.**

By: /s/ Francis B. Majorie
     Francis B. Majorie
3514 Cedar Springs Road
Dallas, Texas 75219
214-522-7400 (Phone)
214-522-7911 (Fax)

Attorney for the Petitioning Creditors