**THE MAJORIE FIRM, LTD.**
Francis B. Majorie, P.C.
Texas Bar No. 12851420
Pro Hac Vice Motion and Motion
to Waive LR-IA 10-2(D) Pending
3514 Cedar Springs Road
Dallas, TX 75219
Telephone: 214-522-7400
Fax: 214-522-7911
Email: fbmajorie@themajoriefirm.com

E-filed: July 2, 2013

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BUNDY CANYON LAND DEVELOPMENT, LLC,<br><br>          Debtor. | Bankruptcy No.: 13-13491-LBR<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am employed in Dallas County. I am over the age of 18 and not a party to this action. My business address is 3514 Cedar Springs Road, Dallas, Texas, 75219.

On July 2, 2013, I served the foregoing document(s), described as:

1. **Notice of Hearing on Motion to Extend Time to Designate Local Counsel or Waive Local Rule IA 10-2(D)**

by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒    A.    **ECF SYSTEM** On July 2, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and served the participants in the case who are registered CM/ECF users.

☒    B.    **UNITED STATES MAIL, postage fully prepaid**: On July 2, 2013, I mailed the foregoing document by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| Hon. Linda B. Riegle<br>U.S. Bankruptcy Court<br>District of Nevada<br>Foley Federal Building<br>300 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>*Courtesy Copy* | U.S. Trustee<br>U.S. Trustee – LV - 11<br>United States Trustees Office<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101 |

- 1 -

Certificate of Service

| | |
|---|---|
| Bundy Canyon Land Development, LLC<br>28475 Old Town Front Street #D<br>Temecula, CA 92590 | Kevin Everett<br>28475 Old Town Front St., #D<br>Temecula, CA 92590 |
| Talitha Gray Kozlowski<br>3960 Howard Hughes Parkway<br>Las Vegas, NV 89169 | Lisa Poulin<br>3960 Howard Hughes Pkwy<br>Ninth Floor<br>Las Vegas, NV 89169 |
| Chris Pederson<br>28475 Old Town Front St., #D<br>Temecula, CA 92590 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 2, 2013 at Dallas, Texas.

**THE MAJORIE FIRM, LTD.**

By:  /s/ Francis B. Majorie
Francis B. Majorie
3514 Cedar Springs Road
Dallas, Texas 75219
214-522-7400 (Phone)
214-522-7911 (Fax)

- 2 -

Certificate of Service