# United States Bankruptcy Court
## District of Nevada

**Case Number:** <u>13–13491–lbr</u>
**Chapter 11**

In re:
    BUNDY CANYON LAND DEVELOPMENT, LLC,
    28475 OLD TOWN FRONT STREET #D
    TEMECULA, CA 92590

        Alleged Debtor(s)


## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor(s):**

A petition under title 11, United States Code was filed against you on 4/24/13 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of the summons. A copy of the petition is attached.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South
Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the petitioner/petitioner's attorney.

Name and Address of Petitioner/Petitioner's Attorney:

FRANCIS B. MAJORIE, ESQ.
3514 CEDAR SPRINGS ROAD
DALLAS, TX 75219

A status conference will be held regarding the involuntary petition. Petitioning creditor(s) are required to appear at the status conference.

| Courtroom Address: |
| --- |
| United States Bankruptcy Court<br>Foley Federal Building and U.S. Courthouse<br>Courtroom of the Honorable LINDA B. RIEGLE<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br><br>Date:   8/7/2013<br>Time:   2:00 PM |

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.


Dated: 7/3/13                                                                                BY THE COURT

*signature: Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court


* Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005).

# CERTIFICATE OF SERVICE

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

Case Number: **13–13491–lbr**

In re:
    BUNDY CANYON LAND DEVELOPMENT, LLC

        Alleged Debtor(s)

I,
of **

certify:

That I am, and at all times during the service of process, was not less than 18 years of age;
That on the _____ day of _____, 20___ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

*[describe here the mode of service]*

the said debtor at

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____      Signature:_____
                *[Date]*                                                    *[Signature]*

---

**State mailing address