# CERTIFICATE OF SERVICE

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

Case Number: 13-13491-lbr

In re:
   BUNDY CANYON LAND DEVELOPMENT, LLC

   Alleged Debtor(s)

I, of **
The Majorie Firm, Ltd.
3514 Cedar Springs Rd.
Dallas, TX 75219

certify:

That I am, and at all times during the service of process, was not less than 18 years of age; That on the __3rd__ day of __July__, 20 __13__ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

[describe here the mode of service]
US Postal

the said debtor at
Chris Pederson
31052 Wellington Circle
Temecula, CA 92591

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: __07/03/2013__          Signature: __Thomas Annis__
[Date]                                        [Signature]

---

**State mailing address