| | |
|---|---|
| THE MAJORIE FIRM, LTD.<br>Francis B. Majorie, P.C.<br>Texas Bar No. 12851420<br>*Pro Hac Vice* Motion and Motion<br>to Waive LR-IA 10-2(D) Pending<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>Telephone: 214-522-7400<br>Fax: 214-522-7911<br>Email: fbmajorie@themajoriefirm.com<br><br>Attorneys for Petitioning Creditors | E-filed: August 8, 2013 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>BUNDY CANYON LAND<br>DEVELOPMENT, LLC,<br><br>              Alleged Debtor. | ) Case No. BK-S-13-13491-LBR<br>)<br>) Chapter 11 Involuntary<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **APPLICATION FOR *PRO HAC VICE***<br>) **ADMISSION OF FRANCIS B. MAJORIE**<br>) **AND WAIVING THE REQUIREMENT OF**<br>) **LOCAL COUNSEL**<br>)<br>)<br>) |

      Francis B. Majorie, a member in good standing of the State Bar of Texas, among others, has applied for admission to practice in the above-referenced action representing the Petitioning Creditors on a *pro hac vice* basis (Doc. 18).

      Furthermore, the Court has considered the Motion to Extend the Deadline to File Designation of Local Counsel; or, in the Alternative, Waive Local Rule IA 10-2(D) (Doc. 21) (the "Motion") filed by the Petitioning Creditors, by and through its undersigned counsel. No opposition to the same having been filed, and having conducted a hearing on the Motion on Wednesday, August 7, 2013, the Court finds that good cause exists to grant the Motion.

- 1 -

**IT IS HEREBY ORDERED** that the application is **GRANTED**. All papers filed by Francis B. Majorie shall indicate that he is appearing *pro hac vice*.

**IT IS HEREBY FURTHER ORDERED** that the Motion is **GRANTED** and, pursuant to LR 1001(d) and LR IA 10-2(D), the requirement that the Petitioning Creditors retain local counsel in this bankruptcy case is hereby waived.

Dated this ___ day of August, 2013.

_____
Honorable Linda B. Riegle

## **LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 8th day of August, 2013.

                                             THE MAJORIE FIRM, LTD.

                                             By:     */s/ Francis B. Majorie*
                                                             Francis B. Majorie

                                             Attorneys for Petitioning Creditors