THE MAJORIE FIRM, LTD.  
Francis B. Majorie, P.C.  
Texas Bar No. 12851420  
*Pro Hac Vice* Motion and Motion  
to Waive LR-IA 10-2(D) Pending  
3514 Cedar Springs Road  
Dallas, TX 75219  
Telephone: 214-522-7400  
Fax: 214-522-7911  
Email: fbmajorie@themajoriefirm.com

E-filed: August 8, 2013

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-13-13491-LBR |
| BUNDY CANYON LAND DEVELOPMENT, LLC, | Chapter 11 Involuntary |
| Alleged Debtor. | **CERTIFICATE OF SERVICE** |

I am employed in Dallas County. I am over the age of 18 and not a party to this action. My business address is 3514 Cedar Springs Road, Dallas, Texas, 75219.

On August 8, 2013, I served the foregoing document(s), described as:

1. **[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF FRANCIS B. MAJORIE AND WAIVING THE REQUIREMENT OF LOCAL COUNSEL**

by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **A.   ECF SYSTEM** On August 8, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and served the participants in the case who are registered CM/ECF users.

☒ **B.   UNITED STATES MAIL, postage fully prepaid**: On August 8, 2013, I mailed the foregoing document by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| Hon. Linda B. Riegle<br>U.S. Bankruptcy Court<br>District of Nevada<br>Foley Federal Building<br>300 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>*Courtesy Copy* | U.S. Trustee<br>U.S. Trustee – LV - 11<br>United States Trustees Office<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101 |

- 1 -

Certificate of Service

|  |  |
|---|---|
| Bundy Canyon Land Development, LLC<br>28475 Old Town Front Street #D<br>Temecula, CA 92590 | Russell S. Walker<br>265 East 100 South<br>Suite 300<br>Salt Lake City, UT 84111 |
| Joseph Milanowski<br>8520 Chiquita Drive<br>Las Vegas, NV 89128 | Ford Elsaesser<br>123 S. 3rd Avenue, Second Floor<br>P.O. Box 1049<br>Sandpoint, ID 83864 |
| Thomas Rice<br>112 E. Pecan #1800<br>San Antonio, TX 78205 |  |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2013 at Dallas, Texas.

**THE MAJORIE FIRM, LTD.**

By:   /s/ Francis B. Majorie
         Francis B. Majorie
3514 Cedar Springs Road
Dallas, Texas 75219
214-522-7400 (Phone)
214-522-7911 (Fax)

- 2 -

Certificate of Service