

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
August 20, 2013
_____

THE MAJORIE FIRM, LTD.

Francis B. Majorie, P.C.
Texas Bar No. 12851420
*Pro Hac Vice* Motion and Motion
to Waive LR-IA 10-2(D) Pending
3514 Cedar Springs Road
Dallas, TX 75219
Telephone: 214-522-7400
Fax: 214-522-7911
Email: fbmajorie@themajoriefirm.com

Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) | Case No. BK-S-13-13491-LBR |
| ) | |
| BUNDY CANYON LAND ) | Chapter 11 Involuntary |
| DEVELOPMENT, LLC, ) | |
| ) | **ORDER FOR RELIEF AND GRANTING** |
| Alleged Debtor. ) | **INVOLUNTARY CHAPTER 11 PETITION** |
| ) | |
| ) | Date:  August 7, 2013 |
| ) | Time:  2:00 p.m. |
| ) | Ctrm:  Foley Federal Building |
| ) |         300 Las Vegas Blvd. South |
| ) |         Courtroom No. 1 |
| ) |         Las Vegas, NV 89101 |
| ) | Judge: Hon. Linda B. Riegle |
| ) | |

**ORDER FOR RELIEF AND GRANTING INVOLUNTARY CHAPTER 11 PETITION**

On April 24, 2013, an involuntary Chapter 11 bankruptcy petition was filed against Bundy Canyon Land Development, LLC ("Bundy Canyon") by Margaret Cangelosi, Todd Hansen, and Daniel Newman (jointly and severally, the "Petitioning Creditors"). *See* Docket Entry No. 1. On April 29, 2013, summonses were issued and served by United Sates mail on Bundy Canyon and

other persons who were shown by information and belief to have managed or possessed equity interests in Bundy Canyon at some point in time, and no responses were filed. *See* Docket Entry Nos. 5-9; 10-14. On July 3, 2013, additional summonses were issued and served on additional persons who were shown by information and belief to have managed or possess equity interests in the Debtor at some point in time, and no responses were filed. S*ee* Docket Entry Nos. 33-37; 38-42. In addition, the Court has held three status conferences and no party in interest has appeared contesting the Involuntary Petition.

FED. R. BANKR. P. 1013(b) states that "[i]f no pleading or other defense to a petition is filed within the time provided by Rule 1011, the court . . . shall enter an order for the relief requested in the petition." No pleading or other defense was filed on behalf of Bundy Canyon or any party in interest. The Court therefore finds that the record establishes that the relief requested in the Involuntary Petition is warranted, and the Involuntary Petition should be granted.

**IT IS ORDERED** that the Involuntary Petition is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 303(h) and FED. R. BANKR. P. 1013(b), this order shall constitute the order for relief in this case.

Dated this \_\_\_\_ day of August, 2013.

Respectfully Submitted By:

THE MAJORIE FIRM, LTD.

By:     /s/ Francis B. Majorie
         Francis B. Majorie

         Attorneys for Petitioning Creditors

## **LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 19th day of August, 2013.

                                          THE MAJORIE FIRM, LTD.

                                        By:   */s/ Francis B. Majorie*
                                                   Francis B. Majorie

                                        Attorneys for Petitioning Creditors