_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
September 26, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE: ) Case No.: 13-13491-LBR
)
BUNDY CANYON LAND ) Chapter 11 Involuntary
DEVELOPMENT, LLC, )
)
Debtor. ) **ORDER GRANTING MOTION TO APPOINT**
) **A CHAPTER 11 TRUSTEE AND STAY ALL**
) **DEADLINES UNTIL THE APPOINTMENT**
) **[NEGATIVE NOTICE]**
)
)
)

This Court, having considered the motion filed by Margaret Cangelosi, Todd Hansen, and Daniel Newman (jointly and severally, the "Petitioning Creditors") entitled "Motion To Appoint A Chapter 11 Trustee And Stay All Deadlines Until The Appointment [Negative Notice] (the "Motion") [Docket No. 62] and the certificate of service filed therewith [Docket No. 63], and finding that (i) notice of the Motion and opportunity for objection and a hearing has been properly given, (ii) all parties in interest have been timely served, (iii) no party in interest has filed an objection, timely or otherwise, to the Motion, and (iv) cause exists to appoint a Chapter 11 trustee in this case, and therefore, that the appointment of a trustee is mandatory pursuant to 11 U.S.C. § 1104(a)(1), it is therefore:

ORDERED that the Motion is GRANTED. Pursuant to 11 U.S.C. § 1104(d), the United States trustee, after consultation with the relevant parties in interest, shall appoint a disinterested person to serve as Chapter 11 trustee; however,

- 1 -

IT IS FURTHER ORDERED that the United States trustee shall not appoint a trustee in this case at least until the pending Motion To Withdraw The Automatic Reference filed by the Petitioning Creditors on September 10, 2013 [Docket No. 64] has been transmitted to the Honorable Robert C. Jones of the U.S. District Court for the District of Nevada and a ruling on the that motion has been made by Judge Jones.

IT IS FURTHER ORDERED THAT all deficient filing deadlines set by docket entries #57-58, and the deadline to file a master mailing list of all creditors set by docket entry #59 are stayed pending the appointment of a trustee in this case.

IT IS FURTHER ORDERED that this Order is effective immediately upon its entry.

\*\*\*

Respectfully Submitted By:

**THE MAJORIE FIRM LTD.**

By: _____/s/ Francis B. Majorie_____
      Francis B. Majorie, P.C.

Attorneys for Petitioning Creditors