# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 13–13491–lbr**
**Chapter 11**
**Related USDC Number**

In re:

    BUNDY CANYON LAND DEVELOPMENT, LLC
                Debtor(s)

---

MARGARET CANGELOSI, TODD HANSEN AND DANIEL NEWMAN, PETITIONING CREDITORS , Movant(s)

vs

RUSSELL S. WALKER, FORD ELSAESSER, THOMAS RICE AND JOSEPH D. MILANOWSKI, DEFENDANTS , Respondent(s)

---

### TRANSMITTAL OF MOTION OF WITHDRAWAL OF THE REFERENCE

To: CLERK, U.S. DISTRICT COURT
   Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

The following documents are listed in the Designation of Record:

1. CHAPTER 11 INVOLUNTARY PETITION;

2. ORDER FOR RELIEF AND GRANTING INVOLUNTARY CHAPTER 11 PETITION;

3. MOTION FOR WITHDRAWAL OF THE REFERENCE;

4. WITHDRAWAL OF THE REFERENCE DESIGNATION;

5. ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND STAY ALL DEADLINES UNTIL THE APPOINTMENT; AND

6. FOR CASE 09–32824–RCJ: ORDER DIRECTING JOINT ADMINISTRATION OF CASES.

MOVANT(S) AND RESPONDENT(S) ARE TO FILE ALL MATTERS RELATING TO THE MOTION TO WITHDRAW THE REFERENCE WITH THE CLERK OF THE DISTRICT COURT. ALL DOCUMENTS RELATING TO OTHER MATTERS IN THIS CASE SHALL CONTINUE TO BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT.

                                            BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

This Notice of Transmittal will be noticed through BNC to:
ALL PARTIES IN CASE