NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

BUNDY CANYON LAND DEVELOPMENT, LLC

BK−13−13491−btb
CHAPTER 7

Debtor(s)     FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that WILLIAM A. LEONARD is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 2/12/18

Mary A. Schott
Clerk of Court